**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bryan David Kroh, | ) | Case No. 1:07-cr-026 |
| | ) | |
| Defendant. | ) | |

_____

The Defendant's initial appearance and arraignment, which were set for April 25, 2007, shall

be rescheduled for May 2, 2007, at 2:00 p.m. at the William L. Guy Federal Building, 220 East

Rosser, Ave., Bismarck, North Dakota (courtroom #2).

**IT SO ORDERED.**

Dated this 19th day of April, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge

1